# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 1950 | **DATE** | 9/13/2011 |
| **CASE TITLE** | Deutsche Bank National Trust Company vs. Howard J. Bodzianowski, et al | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Defendant's motion to dismiss for lack of standing [16] entered and continued for briefing. Response to be filed by or on 9/27/2011; reply 10/4/2011; ruling set for 10/11/2011 at 9:00 AM. Rule 16 conference stricken.

Notices mailed by Judicial staff.

00:02

| | Courtroom Deputy Initials: | ETV |
|---|---|---|