# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer  *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 1950 | **DATE** | 10/11/2011 |
| **CASE TITLE** | Deutsche Bank National Trust Company vs. Howard J and Kristen. Bodzianowski | | |

**DOCKET ENTRY TEXT**

Ruling held. Defendant's motion to dismiss for lack of standing [16] granted. Case is dismissed with prejudice as to Plaintiff Deutsche Bank and without prejudice as to any other Plaintiff who may have proper standing.

Notices mailed by Judicial staff.

00:01

| | Courtroom Deputy Initials: | ETV |
|---|---|---|